*L. Cohen,* First Assistant District Attorney, with him *Patrick J. Toole, Jr.,* District Attorney, for appellant; *J. Swatkoski,* with him *Martin J. Meyer,* for appellee.

Judgment affirmed.

## Headings, et al. *v.* Headings Drug Company, Appellant.

opinion by ZIEGLER, P. J. Argued March 10, 1975. *John B. Schaner,* submitted a brief for appellant; *Lester H. Zimmerman, Jr.,* with him *Barron & Zimmerman,* for appellee.

Order affirmed.

## Hefner *v.* Aetna Life Insurance Company (et al., Appellants).

Argued March 20, 1975. *Herman Blumenthal,* for appellant; *Charles H. Dorsett,* for appellee.

Judgment affirmed.

## Hendricks Appeal.

Argued March 20, 1975. *Oscar Spivack,* with him *Gary A. Krimstock,* and *Spivack, Dranoff & Shaw,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for appellee.

Order affirmed.